**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cong. Khal Chasidei Skwere** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Tomer Devora School**<br>**DBA  Yeshiva Bais Yitzchok**<br>**DBA  Skwere Mosdos**<br>**DBA  Mesivta Bais Yitchok**<br>**DBA  Camp Skwere**<br>**DBA  Camp Bnos Skwere** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **51-0142958** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1334 47th Street**<br>**Brooklyn, NY 11219**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br>**4500 9th Ave**<br>**1420 45th Street**<br>**1411-45th Street Brooklyn, NY 11219**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Cong. Khal Chasidei Skwere | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | Eastern District of New York | When | 7/20/11 | Case number | 1-11-46263 |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

Debtor    **Cong. Khal Chasidei Skwere**                                      Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?*** 

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____

Contact name    _____

Phone    _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Cong. Khal Chasidei Skwere** _____

Case number (*if known*) _____

Name

---

### Request for Relief, Declaration, and Signatures

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2019** _____
                         MM / DD / YYYY

**X** **/s/ Shlomo Kolodny** _____         **Shlomo Kolodny** _____
      Signature of authorized representative of debtor            Printed name

Title    **Administrator** _____

---

**18. Signature of attorney**

**X** **/s/ Mark Frankel** _____    Date **July 25, 2019** _____
      Signature of attorney for debtor                              MM / DD / YYYY

**Mark Frankel** _____
Printed name

**Backenroth Frankel & Krinsky, LLP** _____
Firm name

**800 Thrid Avenue**
**New York, NY 10022** _____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 593-1100** _____    Email address _____

**1989 NY** _____
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cong. Khal Chasidei Skwere** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Avigdor Berkowitz** 1164  53 Street Bklyn, NY 11219 | | | | | | $460,000.00 |
| **Budget Maintenance** 1034 39 Street Bklyn, NY 11219 | | | | | | $6,906.89 |
| **CHAYA BLAU** 5118 14TH AVE Apt  2B Brooklyn, NY 11219 | | 0 | | | | $7,000.00 |
| **Con Edison** Cooper Station POB 138 New York, NY 10276 | | | | | | $12,715.94 |
| **Con Edison** Cooper Station POB 138 New York, NY 10276 | | | | | | $12,352.10 |
| **Con Edison** Cooper Station POB 138 New York, NY 10276 | | | | | | $14,459.39 |
| **Esther Klein** 1529  52 Street Bklyn, NY 11219 | | | | | | $200,000.00 |
| **FRAIDA FRIEDMAN** 1643 E. 21ST ST Brooklyn, NY 11230 | | 0 | | | | $13,640.00 |
| **GOLDY FEFER** 1543 49TH ST Brooklyn, NY 11219 | | 0 | | | | $7,835.00 |
| **Jacob Feldman** 1161 45 Street Bklyn, NY 11219 | | | | | | $500,000.00 |
| **LIBA STEIN** 4812 14TH AVE Brooklyn, NY 11219 | | 0 | | | | $7,395.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Cong. Khal Chasidei Skwere**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| M. Reichberg 1731  45 Street Bklyn, NY 11204 | | | | | | **$195,000.00** |
| N.S.T. Trans 9804 Ditmas Avenue Bklyn, NY 11236 | | | | | | **$11,009.25** |
| RIVKA TAUB 1364 E 7TH ST BROOKLYN, NY 11230 | 0 | | | | | **$13,140.45** |
| Roth & Co. CPA 1428 36th Street Suite 200 Brooklyn, NY 11218 | | | | | | **$60,000.00** |
| RUCHI SAFRIN 1655 55TH ST BROOKLYN, NY 11219 | 0 | | | | | **$13,015.00** |
| SARAH BERMAN 784 E 4TH ST Brooklyn, NY 11218 | 0 | | | | | **$6,994.00** |
| SYLVIA KATZ 1336 53RD ST Brooklyn, NY 11219 | 0 | | | | | **$12,196.35** |
| Tiferes Elimelech 1650 56th Street Brooklyn, NY 11204 | | Rent for Tomer Devora High School | | | | **$90,000.00** |
| Wexal Investors LLC Wexel Inverstors LLC c/oKriss & Feuerstein LLP 360 Lexington Ave New York, NY 10017 | | Mesivta Bais Yitzchok 1420 45th Street Brooklyn, NY 11219 | | **$3,698,311.24** | **$1,000,000.00** | **$2,698,311.24** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

United States Attorney
Eastern District of New York
147 Pierrepont Plaza
Brooklyn, NY 11201


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Cong. Khal Chasidei Skwere
1334 47th Street
Brooklyn, NY 11219


ADEL LIEBERMAN
4402 17TH AVE
BROOKLYN, NY 11204


ADELE NEUHAUS
5023 14TH AVE
Apt B6
Brooklyn, NY 11219

```
AGI ROSENBERG
196 LEE AVE
Brooklyn, NY 11211


ANNA LINDNER
1566 41ST ST
BROOKLYN, NY 11218


ANTHONY STERN
1549 46TH ST
Brooklyn, NY 11219


Avigdor Berkowitz
1164  53 Street
Bklyn, NY 11219


Aviv Glass
5521 Ft. Hamilton Pkwy
Bklyn, NY 11219


BAILA BURGER
1425 53RD ST
Brooklyn, NY 11219


BAILA ELIAS
1441 45TH ST
Brooklyn, NY 11219


BASYA WEISSMAN
5808 13TH AVE
Brooklyn, NY 11219


BATYA GERENDASI
1724 60TH ST
Brooklyn, NY 11204
```

BINA PASKES
35 HEYWARD ST
Brooklyn, NY 11211


BRACHA BINDER
1434 E 13TH ST
Brooklyn, NY 11230


Budget Maintenance
1034 39 Street
Bklyn, NY 11219


CHANA FLIEGMAN
1609 46TH ST
Brooklyn, NY 11204


CHANA KOHN
4608 10TH AVE
Brooklyn, NY 11219


CHANA MORGENSTERN
1715 57TH ST
Brooklyn, NY 11204


CHANA ROTH
522 DAHILL RD
Brooklyn, NY 11218


CHANA WANCHOTZKER
239 FRANKLIN AVE
Brooklyn, NY 11205


CHANI TENENBAUM
1606 47TH ST
BROOKLYN, NY 11204

CHAVA HECHT
1740 58TH ST
Brooklyn, NY 11204


CHAVA LEVINE
1057 54TH ST
Brooklyn, NY 11219


CHAYA BERMAN
784 E 4TH ST
Brooklyn, NY 11218


CHAYA BLAU
5118 14TH AVE
Apt 2B
Brooklyn, NY 11219


CHAYA KAHAN
1850  52ND ST
Brooklyn, NY 11204


CHAYA NUSSBAUM
1439 42ND ST
Brooklyn, NY 11219


CHAYA OBSTFELD
1637 44TH ST
BROOKLYN, NY 11204


CHAYA STEIN
1323 46TH ST
Brooklyn, NY 11219


CLAIRE LIEBERMAN
1624 48TH ST
Brooklyn, NY 11204

Con Edison
Cooper Station
POB 138
New York, NY 10276


D. MARYL
4919 11TH AVE
Brooklyn, NY 11219


D. MONHEIT
1769 51ST ST
Brooklyn, NY 11204


DEBORAH GOLDBERGER
1714 52ND ST
Brooklyn, NY 11204


DEVORA BRETTER
3821 15TH AVE
Apt 38
Brooklyn, NY 11218


DEVORAH BAUER
5118 11TH AVE
Brooklyn, NY 11219


DINA KLUGHAUPT
1333 51ST ST
Brooklyn, NY 11219


DINA MAYER
1578 40TH ST
Brooklyn, NY 11218


ELISHEVA BREUER
801 MADISON AVE
Apt C5
Lakewood, NJ 08701

ESTHER BRANDWEIN
1043 50TH ST
Brooklyn, NY 11219


ESTHER KIRZNER
1674 45TH ST
Brooklyn, NY 11204


Esther Klein
1529  52 Street
Bklyn, NY 11219


ESTHER MARTON
1425 59TH ST
Brooklyn, NY 11219


ESTHER MAYER
1504 40 ST
BROOKLYN, NY 11218


ESTHER MERMELSTEIN
1238 56TH ST
Brooklyn, NY 11219


ESTHER ROTTENBERG
1319 45TH ST
BROOKLYN, NY 11219


ESTHER TRAINER
1864 49TH ST
Brooklyn, NY 11204


ESTY TAUB
4114 15TH AVE
Brooklyn, NY 11219

EZRA KATZ
1336 53RD ST
Brooklyn, NY 11219


F. BORCHARDT
2116 78TH ST
Brooklyn, NY 11214


FAIGY COHEN
1679 53RD ST
Brooklyn, NY 11204


FAIGY NAGEL
1425 51ST ST
BROOKLYN, NY 11219


FRADEL WEISBERG
4614 10TH AVE
Brooklyn, NY 11219


FRAIDA FRIEDMAN
1643 E. 21ST ST
Brooklyn, NY 11230


FRAIDY EINHORN
5601 14TH AVE
Brooklyn, NY 11219


FRAIDY LANDAU
1528 49TH ST
Brooklyn, NY 11219


FRUMA SCHORR
1146 56TH ST
BROOKLYN, NY 11219

FRUME KUPETZ
1538 37TH ST
Brooklyn, NY 11218


GE Capital
POB 642111
Pittsburgh, PA 15264


GITTEL BRISK
1152 49TH ST
Brooklyn, NY 11219


GITTEL EHRENFELD
1655 46TH ST
Brooklyn, NY 11204


GITTEL EHRLICH
2238 85TH ST
Brooklyn, NY 11214


GITTY SALAMON
115 DIVISION AVE
Apt 3K
Brooklyn, NY 11211


GIZELLA FUCHS
923 E. 12TH ST
Brooklyn, NY 11230


GOLDY FEFER
1543 49TH ST
Brooklyn, NY 11219


GOLDY HIRSCHBERG
478 E. 9TH ST
Brooklyn, NY 11218

HENCHE SCHONBLUM
4515 12TH AVE
Brooklyn, NY 11219


HENDEL GOLDSTEIN
1321 45TH ST
Brooklyn, NY 11219


HENDY BREUER
201 PENN ST
Brooklyn, NY 11211


HENNA MONTAG
5016 10TH AVE
BROOKLYN, NY 11219


HENNY FISHMAN
1430 44TH ST
Brooklyn, NY 11219


Jacob Feldman
1161 45 Street
Bklyn, NY 11219


JITA MOTZEN
4801 11TH AVE
Brooklyn, NY 11219


LAYA GOLDNER
1620 40TH ST
Brooklyn, NY 11218


LEAH FRIEDMAN
16 IRENE CT
Lakewood, NY 08701

```
LEAH MUTZEN
2039 53RD ST
BROOKLYN, NY 11204


LEAH RENNERT
710 E 7TH ST
Brooklyn, NY 11218


LEAH UNSDORFER
4418 12TH AVE
Brooklyn, NY 11219


LIBA STEIN
4812 14TH AVE
Brooklyn, NY 11219


LONNA LABKOVSKY
571 OCEAN PKWY
Brooklyn, NY 11218


M. FINK
1545 39TH ST
Brooklyn, NY 11219


M. GOLDSTEIN
1783 45TH ST
Brooklyn, NY 11204


M. Reichberg
1731  45 Street
Bklyn, NY 11204


MALKA BRAILOFSKY
1942 51ST ST
Brooklyn, NY 11204
```

MALKA OVITS
1117 48TH ST
Brooklyn, NY 11219


MALKA SILBIGER
4701 15TH AVE
Brooklyn, NY 11219


MALKA SPITZER
1104 56TH ST
BROOKLYN, NY 11219


MALKA WOLPIN
4702 12TH AVE
Brooklyn, NY 11219


MARCI OZUR
393 E. 3RD ST
BROOKLYN, NY 11218


MICHLY BAKON
1254 42ND ST
Apt A4
Brooklyn, NY 11219


MIREL B. TWERSKY
1522 50TH ST
Brooklyn, NY 11219


MIREL TWERSKI
1419 45TH ST
BROOKLYN, NY 11219


MIRIAM HOLCZLER
1230 42ND ST
Brooklyn, NY 11219

MIRIAM GLANCZ
1213 54TH ST
Brooklyn, NY 11219


MIRIAM KRAUS
1515 47TH ST
Brooklyn, NY 11219


MIRIAM L DEUTSCH
1469 47 ST
Brooklyn, NY 11219


MIRIAM MULLER
1471 46TH ST
Brooklyn, NY 11219


MIRIAM RUBIN
1102 54TH ST
BROOKLYN, NY 11219


MORD TWERSKY
1522 50TH ST
Brooklyn, NY 11219


N.S.T. Trans
9804 Ditmas Avenue
Bklyn, NY 11236


Neiman Security
922  45 Street
Bklyn, NY 11219


ORA LAUER
9 WEST MAPLE AV
MONSEY, NY 10952

PEREL SEKULA
5014 11TH AVE
Brooklyn, NY 11219


PERL EICHLER
1238 41ST ST
Brooklyn, NY 11219


RACHEL E BRULL
1329 59TH ST
Brooklyn, NY 11219


RACHEL MONHEIT
1769 51ST ST
Brooklyn, NY 11204


RACHEL SCHWARTZ
1333 51ST ST
Brooklyn, NY 11219


RAIZEL LIPSCHUTZ
1427 41ST ST
Brooklyn, NY 11219


RIFKY GROSS
1135 56TH ST
Brooklyn, NY 11219


RIVKA  WEISER
1572 47TH ST
Brooklyn, NY 11219


RIVKA FEFERKORN
5701 15TH AVE
Apt 3F
Brooklyn, NY 11219

RIVKA KUGELMAN
301 AVENUE F
Brooklyn, NY 11218


RIVKA TAUB
1364 E 7TH ST
BROOKLYN, NY 11230


RIVKIE GOLDBERGER
1638 58TH ST
Brooklyn, NY 11204


ROCHEL MOSES
901 AVENUE N
Brooklyn, NY 11230


ROSALIE TRIEGER
1348 51ST ST
BROOKLYN, NY 11219


ROSIE WEINREICH
625 AVENUE L
BROOKLYN, NY 11230


Roth & Co. CPA
1428 36th Street
Suite 200
Brooklyn, NY 11218


RUCHI SAFRIN
1655 55TH ST
BROOKLYN, NY 11219


SARA LAUER
2121 82ND ST
BROOKLYN, NY 11214

```
SARA MEISELS
1037 53RD ST
Brooklyn, NY 11219


SARA SCHWAMENFELD
1134 40TH ST
Brooklyn, NY 11219


SARAH BERMAN
784 E 4TH ST
Brooklyn, NY 11218


SARAH GOLDHIRSCH
1245 50TH ST
Apt  3K
Brooklyn, NY 11219


SARAH KLEIN
1572 47TH ST
Brooklyn, NY 11219


SARAH ROTH
1850 48TH ST
Brooklyn, NY 11204


SARAH SMITH
1042 50TH ST
Apt  C9
Brooklyn, NY 11219


SARAH STEIN
711 E 5TH ST
Brooklyn, NY 11218


SARAH WEISS
4716 14TH AVE
Apt  C4
Brooklyn, NY 11219
```

SHAINDEL BICK
1727 54TH ST
Brooklyn, NY 11204


SHAINDEL KANNER
1233 59TH ST
Brooklyn, NY 11219


SHEINE SAFRIN
103 LAWRENCE AVE
Brooklyn, NY 11230


SHIFRA RABINOWITZ
1469 48TH ST
BROOKLYN, NY 11219


SHLOMO RABINOWITZ
1469 48TH ST
BROOKLYN, NY 11219


SIMA MARCH
5100 15TH AVE
Brooklyn, NY 11219


SIMI MARYL
4919 11TH AVE
Brooklyn, NY 11219


State of New York
Attorney General's Office
120 Broadway
Bankruptcy Section
New York, NY 10271-0332


Suny Triangle
4302 Ft. Hamilton Ave.
Bklyn, NY 11219

SUREH BERKOVITS
1335 45TH ST
Brooklyn, NY 11219


SURIE SALAMON
1564 58 ST
BROOKLYN, NY 11219


SUSAN HERZBERG
1435 51ST ST
Brooklyn, NY 11219


SYLVIA KATZ
1336 53RD ST
Brooklyn, NY 11219


Tiferes Elimelech
1650 56th Street
Brooklyn, NY 11204


TOVA SCHARF
536 E 3RD ST
BROOKLYN, NY 11218


TWERSKY TOBY
1439 50TH ST
Brooklyn, NY 11210


TZIPORA OVITS
5223 12TH AVE
Brooklyn, NY 11219


TZIPORAH FALIK
1566 41ST ST
Brooklyn, NY 11218

VERED GOLDSTEIN
2121 82ND ST
Brooklyn, NY 11214


Wexal Investors LLC
Wexel Inverstors LLC
c/oKriss & Feuerstein LLP
360 Lexington Ave
New York, NY 10017


YEHUDIS KAISER
1442 CANTERBURY
Lakewood, NY 08701


YOCHEVED STEINBERGH
93 LAWRENCE ST
BROOKLYN, NY 11230

# United States Bankruptcy Court
### Eastern District of New York

In re    <u>**Cong. Khal Chasidei Skwere**</u>

                     Debtor(s)

Case No.

Chapter    <u>**11**</u>

 

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

 

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**Cong. Khal Chasidei Skwere**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 

■ None [*Check if applicable*]

 

 

<u>**July 25, 2019**</u>

Date

            <u>**/s/ Mark Frankel**</u>

            **Mark Frankel**

            Signature of Attorney or Litigant

            Counsel for   <u>**Cong. Khal Chasidei Skwere**</u>

            **Backenroth Frankel & Krinsky, LLP**

            **800 Thrid Avenue**
            **New York, NY 10022**
            **(212) 593-1100 Fax:(212) 644-0544**